# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**FILED**

Oct 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### Petition for Warrant for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Antonio Gomez | 0971 4:13CR00282-001 PJH |

**Name of Sentencing Judge:** The Honorable Phyllis J. Hamilton
Senior United States District Judge

**Date of Original Sentence:** October 1, 2014

**Original Offense:**

Count One: Possession of a Firearm in Furtherance of a Drug Trafficking Offense, 18 U.S.C. § 924 (c)(1)(A), a Class A Felony
Count Two: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** 60 months custody as to Count One; 44 months custody as to Count Two; with both terms to be served consecutively; the total term 104 months custody; followed by five years supervised release as to Count One and three years as to Count Two; to run concurrently. Total of five years supervised release.

**Special Conditions:** Special assessment; search; gang conditions; not possess a firearm; DNA collection

**Prior Form(s) 12:** None

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | January 8, 2021 |
| **Assistant U.S. Attorney** | **Defense Counsel** |
| Brigid S. Martin | Ethan A. Balogh |

**Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.**

I, Lisa Hage, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official

**RE:**   Gomez, Antonio 2
0971 4:13CR00282-001 PJH

records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated standard condition number one that the defendant shall not leave the judicial district without permission of the probation officer. |
| | On September 14, 2021, Gomez traveled outside the judicial district without approval. |
| | On said date, a traffic stop was conducted on a vehicle by a Nevada Department of Safety Trooper within the state of Nevada. The trooper contacted Gomez who stated he was driving a rental vehicle and the female in the vehicle with his wife. |
| | Evidence to support this charge is contained in a National Crime Information Center automated report generated on September 14, 2021. In addition, to chronological record dated September 14, 2021. |
| Two | There is probable cause to believe that the person under supervision violated standard condition number nine that the defendant shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | On September 21, 2021, at 6:58 p.m. and September 25, 2021, at 6:10 p.m. Gomez associated with federal inmate, Juan "Wino" Gallegos. |
| | Specifically, on said dates, Gomez communicated with Gallegos (Reg No. 02829-748) an inmate in the Bureau of Prisons (BOP). According to BOP records, Gallegos is a high-ranking (CAT III) Nuestra Familia gang member. It is noted that Gomez was identified by the BOP as a Nuestra Familia gang member. In these communications, Gomez communicated with Gallegos about gang politics, specifically politics within the structure of Nuestra Familia. In addition, Gomez provided Gallegos identifying information on new Nuestra Familia gang members. In addition, Gomez communicated with Gallegos about Norteño street gang activities, including how taxes should be dispersed. Gomez also told Gallegos that a prison inmate housed in the California Department of Corrections was "on deck" to do a hit in 30 days. |
| | Evidence to support this charge is contained in a chronological record dated October 6, 2021. |

RE:   Gomez, Antonio                                                                                                              3
      0971 4:13CR00282-001 PJH

Three      There is probable cause to believe that the person under supervision violated special condition number three that the defendant shall not associate with any member of the DGF gang or any other criminal street gang.

           As outlined in Charge Two of this petition, on September 21, 2021, and September 25, 2021, Gomez associated with a member of Nuestra Familia; and in those communications, stated he admits to associating with Norteños (street gang).

           Evidence to support this charge is contained in a chronological record dated October 6, 2021.

Based on the foregoing, there is probable cause to believe that Antonio Gomez violated the conditions of his Supervised Release.  Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                              Reviewed by:

_____                     _____
Lisa Hage                                            Octavio E. Magaña
U.S. Probation Officer Specialist                    Supervisory U.S. Probation Officer
Date Signed: October 6, 2021

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒   The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐   Other:


  October 8, 2021                                    /s/ Phyllis J. Hamilton
Date                                                 Phyllis J. Hamilton
                                                     Chief United States District Judge


NDC-SUPV-FORM 12C(2)  4/6/2015

RE:   Gomez, Antonio                                                                                                  4
         0971 4:13CR00282-001 PJH


APPENDIX

Grade of Violations:  C [USSG § 7B1.1(a)(3), p.s.]

Criminal History at time of sentencing:  IV

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Five years | 6-12 months |
|  | 18 U.S.C. § 3583(e)(3) | USSG § 7B1.4, p.s. |
| **Supervised Release:** | Not more than 5 years, less any term of imprisonment imposed upon revocation | Not more than 5 years, less any term of imprisonment imposed upon revocation |
|  | 18 U.S.C. § 3583(h) | USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |