| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 26 mins. | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Ivy Lerma Garcia | | RECORDED IN ZOOM<br>10:12-10:38 | |
| MAGISTRATE JUDGE<br>DONNA M. RYU | | DATE<br>1/24/22 | | NEW CASE<br>☐ | CASE NUMBER<br>CR-13-0282-PJH |

### APPEARANCES

| DEFENDANT<br>ANTONIO GOMEZ (by Video) | AGE | CUST<br>YES | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ellen Leonida | PD. ☐ RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Cynthia Johnson | | INTERPRETER | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>Lisa Hage | | PRETRIAL SERVICES OFFICER | | ☒ DEF ELIGIBLE FOR APPT'D COUNSEL | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR BY ZOOM VIDEO CONFERENCE

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS HELD RE: PRELIM. REVOC. HRG. 2 mins. |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or S/R | ☐ OTHER |
| ☒ DETENTION HRG<br>HELD BUT NOT COMPLETED<br>24 mins. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF |
|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/28/22 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ STATUS RE: PRELIM. HRG./ ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ PRELIM. REVOC. HEARING |
| BEFORE HON.<br>D. M. RYU | ☒ FURTHER DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Deft. waived his personal appear. & consented to proceed by video conf. All parties appeared by Zoom video conf. Deft. & Govt's Counsel consented to proceed by video conf. on the 1/28/22 Prelim. Revoc. Hrg. Parties should exchange any information that the Govt., Prob. Officer & Deft. would be relying on in rel. to the Prelim. Revoc. Hrg. prior to the 1/28/22 hrg. & parties must provide those information to the court prior to the 1/28/22 hrg.   cc: Prob.