STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America, | Case No. 13-CR00282-001-PJH |
|     Plaintiff, | **STATUS REPORT REGARDING PRELIMINARY HEARING RE: SUPERVISED RELEASE VIOLATION** |
| v. | |
| Antonio Gomez | Hearing Date: January 28, 2022 |
|     Defendant. | Hearing Time: 10:00 am |
| | Hon. Donna M. Ryu |

    On January 28, 2022, a preliminary hearing is scheduled regarding Antonio Gomez's alleged supervised release violations. The Government intends to call one witness, Probation Officer Lisa Hage, who will testify to the violations charged in the Form 12, filed October 8, 2021. The Government has obtained recordings related to the violations charged and has provided copies to the Court, Ms. Hage, and defendant's counsel.

DATED: January 27, 2022                                    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
CYNTHIA JOHNSON
Special Assistant United States Attorney