STEPHANIE M. HINDS (CABN 154284)
United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America, | Case No. 13-CR00282-001-PJH |
|     Plaintiff, | **STATUS REPORT REGARDING** |
| v. | **PRELIMINARY HEARING** |
| | **RE: SUPERVISED RELEASE VIOLATION** |
| Antonio Gomez | Hearing Date: TBD |
| | Hearing Time: TBD |
|     *Defendant*. | Hon. Donna M. Ryu |

    On January 28, 2022, a preliminary hearing commenced regarding Antonio Gomez's alleged supervised release violations. Mr. Gomez is charged, in part, with associating with a convicted felon and associating with a member of a criminal street gang. See Form 12 (Oct. 8, 2021). The Government called one witness, Probation Officer Lisa Hage. The Court has requested additional testimony from Bureau of Prisons' National Gang Unit Intelligence Analyst Nicholas Barrientos. Mr. Barrientos is willing to testify in this matter, however, he is not available this week due to security concerns at the

GOV'T STATUS REPORT
13-CR00282-001-PJH

federal facility where he works. We are attempting to confirm Mr. Barrientos' availability for next week and will update the Court as soon as we have that information.

DATED: February 1, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

_____/s/_____
CYNTHIA JOHNSON
Special Assistant United States Attorney