1  Ellen V. Leonida, Esq. (SBN: 184194)
   leonida@braunhagey.com
2  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
3  San Francisco, CA 94104
   Telephone: (415) 599-0210
4  Facsimile: (415) 599-0210

5  Counsel for Defendant,
   ANTONIO GOMEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No.: 4:13-CR-00282-PJH |
|---|---|
| Plaintiff, | **DECLARATION OF ELLEN V. LEONIDA IN SUPPORT OF DEFENDANT'S MOTION TO REVOKE DETENTION ORDER** |
| v. | |
| ANTONIO GOMEZ, | |
| Defendant. | Date:   TBD |
| | Time:   TBD |
| | Judge:  Hon. Phyllis J. Hamilton |

Case No.: 4:13-cr-00282-PJH
DECL. OF ELLEN V. LEONIDA IN SUPPORT OF DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

I, Ellen V. Leonida, declare:

1. I am licensed to practice law before this Court and am counsel of record for Defendant Antonio Gomez. I make this declaration based on personal knowledge and if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as **Exhibit E** is a true and correct transcript of the status and identification of counsel hearing, which took place on January 24, 2022. (*See* Dkt. No. 153.) I obtained Exhibit E by requesting the audio recording of the hearing from the Magistrate's courtroom deputy (*see* Dkt. No. 160), and using a third-party vendor to transcribe the recording.

3. Attached hereto as **Exhibit F** is a true and correct transcript of the continued detention hearing, which took place on February 7, 2022. (*See* Dkt. No. 161.) I obtained Exhibit F by requesting the audio recording of the hearing from the Magistrate's courtroom deputy (*see* Dkt. No. 160), and using a third-party vendor to transcribe the recording.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 11, 2022                Respectfully Submitted,

                                        BRAUNHAGEY & BORDEN LLP


                                        By: *s/ Ellen V. Leonida*
                                            Ellen V. Leonida