FILED

NOV 22 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Antonio Gomez<br><br>Defendant. | Case No. 4:13-cr-00282-PJH-1<br><br>**ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release Antonio Gomez from custody. Defendant shall be placed on home confinement and is ordered to remain at 2305 Vegas Avenue Unit #2 in Castro Valley, CA 94546. Defendant is allowed to leave his residence for Court appearances, attorney visits, medical appointments, religious services, and as otherwise approved by Probation. Defendant is ordered to abide by all previously ordered terms and conditions of Supervised Release.

DATED: November 22, 2023

HON. KANDIS A. WESTMORE
United States Magistrate Judge